for the
DISTRICT OF MASSACHUSETTS

BANK OF AMERICA, N.A.,
(Plaintiff)

Case No.: 16-cv-11583-DJC

v.

Judge Denise J. Casper

BARNES HILL LLC,
ALLAN J. BANKART,
DIANE K. BANKART, and
JPMORGAN CHASE BANK, N.A.
(Defendants)

FILED IN CLERKS OFFICE
2019 JUL 10 AM 9: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEAL

Now comes the (Plaintiff) BANK OF AMERICA, N.A, by and through its successor in terest BRIDGEWATER CAPITAL TR and BANK OF AMERICA TTEE giving the court NOTICE OF APPEAL of its ORDER dated May 13, 2019.

This NOTICE OF APPEAL is made pursuant to Fed.R.App.P.(6) and Fed.R.Civ.P.77(d).

Respectfully submitted,

By: (Trustee) DUANE L. BERRY

BRIDGEWATER CAPITAL TR
BANK OF AMERICA TTEE
36742 Bramham St.
Clinton Twp., MI 48038

June 23, 2019

DATE